

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00230-CV

---

JUSTIN WAYNE LAPREE, APPELLANT

V.

BRINK BENNETT FLAHERTY GOLDEN, PLLC
AND RHONDA H. BRINK, APPELLEES

---

On Appeal from the 200th District Court
Travis County, Texas
Trial Court No. D-1-GN-19-007307, Honorable Dustin Howell, Presiding

---

August 3, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Justin Wayne LaPree, appeals from the trial court's final judgment.[1] Now pending before this Court is LaPree's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion to dismiss complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. See TEX. GOV'T CODE ANN. § 73.001.

any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against LaPree. *See* Tex. R. App. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam